ACCEPTED
04-14-00500-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/28/2015 3:38:11 PM
KEITH HOTTLE
CLERK

# Law Office of William L. Baskette, Esq.
110 W. Nueva Street, San Antonio, Texas 78204
**(210) 930-1200**
Faxes Only (888) 282-2917

Wednesday, January 28, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

1/28/2015 3:38:11 PM

KEITH E. HOTTLE
Clerk

Fourth Court of Appeals
300 Dolorosa Suite 3200
San Antonio, Texas 78205

RE:     04-14-00500-CR
        Edward Romero v. The State of Texas

Dear Court:

The deadline for filing Appellant's brief is this Friday, January 30, 2015 (Order dated December 16, 2014). Although I have received the record filed by Delcine Benavides for the punishment phase and exhibits, I have not been able to obtain the court reporter record from Debra Doolittle for the case in chief which is necessary for the brief.

I have called the court reporter on several occasions, the latest being this afternoon, and left messages which calls were not returned. I sent her a letter dated December 18, 2014, requesting a copy of the record, which correspondence was not answered. I went to the District Clerk's office – Criminal Central Filing for a copy of the record, but none was filed with that office (although Ms. Benavides's records were filed).

Counsel will not be able to complete (or even start) the Appellant's Brief without a record and requests that the Court grant an extension but also order Debra Doolittle to furnish Counsel with a copy of the trial court record via email.

Respectfully Submitted,

*William L. Baskette*

Copy to
District Attorney
186th District Court
Debra Doolittle

**If we are to have faith in Justice, we have only to believe in Ourselves, and act with Justice**
www.SanAntonioAttorney.net